IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                     Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1660 S VALADEZ ST | | C | 1,200,000.00 | 2,350,000.00 |
| 405 LINDA AVE PIEDMONT, CA 94611 | | C | 450,000.00 | 652,411.00 |
| 7 EL CORTEZ ORINDA, CA 94563 | | C | 695,000.00 | 1,021,635.93 |
| | | TOTAL | 2,345,000.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                    Case No. _____
                                    Debtor(s)                                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | NATIONAL CACL CREDIT UNION | C | 800.00 |
| | | WAMU/CHASE | C | 3.00 |
| | | WELLS FARGO BANK | C | 3.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | C | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | LINCOLN NATIONAL INSURANCE | C | 2,148.00 |
| | | MUTUAL OF AMERICA NYNY | C | 1,450.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | LINCOLN NATIONAL CAPITAL DEFERRED COMP | C | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | ETRADE/STOCKS | C | 1,800.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE       Case No. _____
                                Debtor(s)                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 MERCEDES BENZ | C | 15,000.00 |
| | | 2009 FORD TRUCK | C | 18,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE  Case No.
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize | X | | | |
| | | | TOTAL | 39,704.00 |

　　　0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                             Case No. _____
                         Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| LINCOLN NATIONAL INSURANCE | NRS § 687B.270 | 2,148.00 | 2,148.00 |
|  | NRS § 687B.280 | 1,686.00 |  |
| 2009 FORD TRUCK | NRS § 21.090(1)(f) | 15,000.00 | 18,000.00 |

© 1993-2009 EZ Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                        Case No. _____
                         Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1127111468<br>AMERICAS SERVICING CO<br>PO BOX 10388<br>DES MOINES, IA 50306-0388 | | C | 12/31/05<br>1ST LOAN FOR:<br>1660 S VALADEZ ST<br>LAS VEGAS, NV<br><br>VALUE $ 1,200,000.00 | | | X | 2,350,000.00 | 1,150,000.00 |
| ACCOUNT NO. 079304620<br>BANK OF AMERICA<br>CUSTOMER SERVICES<br>P.O. BOX 5170<br>SIMI VALLEY, CA 93062 | | C | 11/30/04<br>1ST LOAN FOR:<br>7 EL CORTE<br>ORINDA CA<br><br>VALUE $ 695,000.00 | | | X | 769,783.36 | 74,783.36 |
| ACCOUNT NO. 682240110662999<br>BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | | C | 2005<br>2ND FOR:<br>405 LINDA AVE., PIEDMONT, CA<br><br>VALUE $ 450,000.00 | | | X | 362,411.00 | 202,411.00 |
| ACCOUNT NO. 5410-8<br>NATIONAL JACL CREDIT UNION<br>PO BOX 526178<br>SALT LAKE CITY, UT 84152-6178 | | C | 2/7/07<br>2005 MERCEDES S430<br><br>VALUE $ 15,000.00 | | | X | 34,936.32 | 19,936.32 |
| _1_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | $ 3,517,130.68 | $ 1,447,130.68 |
| | | | Total<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE   Case No. _____
                    Debtor(s)                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0222754277 WELLS FARGO P.O. BOX 14411 DES MOINES, IA 50306-3411 | | C | 2003 1ST FOR: 405 LINDA AVE., PIEDMONT CA  VALUE $ 450,000.00 | | | X | 290,000.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 290,000.00  $

Total (Use only on last page) $ 3,807,130.68  $ 1,447,130.68

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE _____  Case No. _____
                                      Debtor(s)                                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE         Case No. _____
                      Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. K916829<br>MI DEPT OF TREASUREY COLLECTION DIVISION<br>PO BOX 30168<br>LANSING, MI 48909 | | C | | | | X | 33,000.00 | 33,000.00 | |
| ACCOUNT NO. NPA-09-052511424<br>STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO, CA 94240 | | C | 10/2009<br>TAX | | | X | 116.32 | 116.32 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)  $ 33,116.32 | $ 33,116.32 | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 33,116.32

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 33,116.32 | $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                                     Case No.
                                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ACE PAINTING & DRYWALL<br>2125 WESTERN AVE<br>LAS VEGAS, NV 89102 | | C | | | | X | 22,800.00 |
| ACCOUNT NO. 161044201<br>ALLIED COLLECTION<br>3080 S. DURANGO DR., STE. 20<br>LAS VEGAS, NV 89117-9194 | | C | MEDICAL | | | X | 107.00 |
| ACCOUNT NO. 370768-6<br>ALLSTATE FINANCIAL SRVCS<br>1050 E FLMAINGO RD #E320<br>LAS VEGAS, NV 89119 | | C | 9/2008<br>SIGNATURE LOAN | | | X | 35,445.63 |
| ACCOUNT NO. LCA832926900200<br>AMERICAN MEDICAL COLLECTION AGENCY<br>2269 S SAW MILL RIVER ROAD BLVD<br>ELMSFORD, NY 10523 | | C | MEDICAL | | | X | 17.78 |

_4_ continuation sheets attached

Subtotal (Total of this page) $ 58,370.41

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                Case No. _____
                            Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1100229174<br>AMERICAS SERVICING CO<br>PO BOX 10388<br>DES MOINES, IA 50306-0388 | | C | 9/2006<br>2ND MORTGAGE ON A FORECLOSED PROPERTY | | | X | 174,537.78 |
| ACCOUNT NO.<br>ASHLEY LAW GROUP<br>1880 E WARM SPRINGS RD #130<br>LAS VEGAS, NV 89119 | | C | ATTORNEY LIEN | | | X | 8,030.02 |
| ACCOUNT NO.<br>BARNEY C ALES, ESQ<br>SUNDANCE POOLS<br>4496 S PECOS RD<br>LAS VEGAS, NV 89121 | | C | | | | X | 47,143.85 |
| ACCOUNT NO.<br>CHARLES LOBELLOW LAW<br>RE: SUNWORLD LANDSCAPE<br>1830 E SAHARA #113 BLDG 1830<br>LAS VEGAS, NV 89104 | | C | | | | X | 31,977.47 |
| ACCOUNT NO. 4388-5752-5353-5905<br>CHASE CARD MEMBER SERVICES<br>P.O. BOX 15298<br>WILMINGTON, DE 19850-5290 | | C | 6/1/03<br>CREDIT CARD | | | X | 7,207.53 |
| ACCOUNT NO. 5466-1600-4126-1528<br>CITIBANK MASTERCARD<br>P.O. BOX 6077<br>SIOUX FALLS, SD 57117 | | C | 3/1/94<br>CREDIT CARD | | | X | 41,004.00 |
| ACCOUNT NO. 393983<br>CLARK COUNTY COLLECTION SERVICE<br>6124 W. SAHARA AVE.<br>LAS VEGAS, NV 89146 | | C | MEDICAL | | | X | 308.00 |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 310,208.65

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                 Case No.
                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 115880<br>COMMERICAL INVESTIGATIONS INC<br>6311 VAN NUYS BLVD, SUITE 441<br>VAN NUYS, CA 91401 | | C | | | | | 18,242.40 |
| ACCOUNT NO. 9A3610016<br>CREDIT BUREAU CENTRAL<br>P.O. BOX 29299<br>LAS VEGAS, NV 89126 | | C | 5/26/05<br>MEDICAL | | | X | 125.00 |
| ACCOUNT NO. 9A3558854<br>CREDIT BUREAU CENTRAL<br>P.O. BOX 29299<br>LAS VEGAS, NV 89126 | | C | 3/27/06<br>MEDICAL | | | X | 110.00 |
| ACCOUNT NO. 08022719843<br>CREDIT COLLECTION SVCS<br>TWO WELLS AVE, DEPT 587<br>NEWTON, MA 02459 | | C | 11/16/07<br>MEDICAL | | | X | 85.21 |
| ACCOUNT NO. ROSE<br>DAVID BERETT<br>15539 61ST AVE NE<br>KENMORE, WA 98028 | | C | 3RD DOT FOR:<br>405 LINDO AVE PROPERTY | | | X | 30,000.00 |
| ACCOUNT NO. ROSE<br>DESERT RADIOLOGIST<br>DEPT 6958<br>LOS ANGELES, CA 90084-6958 | | C | MEDICAL | | | X | 12.09 |
| ACCOUNT NO. 1044766590<br>FIRST FRANKLIN LOAN SVCS<br>PO BOX 1838<br>PITTSBURGH, PA 15230-1838 | | C | 11/2006<br>2ND MORTGAGE FORECLOSED PROPERTY | | | X | 169,560.16 |

Sheet no. 2 of 4 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 218,134.86

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) Cont.  Case 09-33798-mkn   Doc 1-1   Entered 12/22/09 10:50:41   Page 13 of 16

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE    Case No. _____
                    Debtor(s)                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 86540671<br>LAB CORP.<br>P.O. BOX 2240<br>BURLINGTON, NC 27216-2240 | | C | MEDICAL | | | X | 17.78 |
| ACCOUNT NO. 011208339<br>LTD FINANCIAL SERVICE<br>7322 SW FREEWAY STE.1600<br>HOUSTON, TX 77074 | | C | 12/2006<br>HOME DEPOT CREDIT CARD | | | X | 1,539.00 |
| ACCOUNT NO. 0000042228564607<br>LVNV FUNDING LLC<br>C/O RESURGENT CAPTIAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603 | | C | 5/1/08 | | | X | 1,681.55 |
| ACCOUNT NO. 3532927<br>NATIONWIDE CREDIT INC<br>2015 VAUGH RD NW, STE. 400<br>KENNESAW, GA 30144-7802 | | C | 8/06<br>2ND MTG REAL ESTATE FORECLOSURE | | | X | 132,685.94 |
| ACCOUNT NO. 41320012758554<br>PLUS FOUR INC<br>6345 S PECOS RD #212<br>LAS VEGAS, NV 89120 | | C | MEDICAL | | | X | 521.00 |
| ACCOUNT NO. 7442<br>POOL CHLOR<br>291 RICKENBACKER CIR<br>LIVERMORE, CA 94551-7216 | | C | 9/2009<br>SERVICES | | | X | 350.00 |
| ACCOUNT NO. 3932170<br>PROFESSIONAL RECOVERY<br>20 GREAT OAKS BLVD #240<br>SAN JOSE, CA 95117 | | C | MEDICAL SERVICES | | | X | 185.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 136,980.27

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE  Case No. _____
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4494002654494<br>QUANTUM COLLECTIONS<br>3224 CIVIC CENTER DR.<br>P.O. BOX 364389<br>NORTH LAS VEGAS, NV 89036-8389 | | C | 2/1/09<br>MEDICAL | | | X | 100.00 |
| ACCOUNT NO. 0030895791<br>REAL TIME RESOLUTIONS<br>PO BOX 36655<br>DALLAS, TX 75235 | | C | 2ND DOT FOR:<br>1660 S VALADEZ | | | X | 319,725.00 |
| ACCOUNT NO.<br>SOUTHWEST DESIGN GROUP<br>2020 W BONANZA<br>LAS VEGAS, NV 89106 | | C | | | | X | 18,242.40 |
| ACCOUNT NO. ACCOUNT<br>TIBURON FINANCIAL LLC<br>REF TO: WELLS FARGO<br>PO BOX 770<br>BOYSTOWN, NE 68010 | | C | 10/2005<br>2ND | | | X | 251,852.57 |
| ACCOUNT NO. 66266247495020001<br>WELLS FARGO FINANCIAL CARDS<br>P.O. BOX 98791<br>LAS VEGAS, NV 89193-8791 | | C | 4/1/05<br>LINE OF CREDIT | | | X | 14,683.42 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 604,603.39

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,328,297.58

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE _____ Case No. _____
                                             Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROSE, CHARLES LEE & ROSE, NICOLE MARIE                              Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |